UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINT A. HENDRICKSON,

    Plaintiff,

v.

    Case No.: 1:07-cv-304

    HONORABLE PAUL L. MALONEY

PATRICIA CARUSO et al.,

    Defendants.
    _____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that:

Plaintiff's claims against defendant Palmer are dismissed for lack of exhaustion and the other defendants' motion for summary judgment (Dkt. #17) is granted..

Dated: March 4, 2008

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge